IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LESLIE FALLIN,

    Plaintiff,

v.            CASE NO. CV417-146

MEG HEAP, District Attorney; JOHN WILCHER, Sheriff; PENNY HAAS FREESEMAN, Judge; TIMOTHY R. WARMSLEY, Judge; MARGARET, Prosecutor; MICHAEL KELLY, Public Defender; DR. JENNIFER ROHRER, Psychologist; SHERIFF WILCHER'S STAFF OFFICERS, Officers who removed Plaintiff from Veteran's Dorm;

    Defendants.

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 2.) After careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of May 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA